IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREEMAN MANAGEMENT CORPORATION, a Tennessee corporation, and FREEGARD PARTNERS I, FREEGARD PARTNERS III, FREEGARD PARTNERS IV, FREEGARD PARTNERS V, FREEGARD PARTNERS VI, and FREEGARD PARTNERS VIII, each a Tennessee general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>SHURGARD STORAGE CENTERS, INC., and PUBLIC STORAGE, INC.,<br><br>Defendants. | Case No. 3:06cv0736 |

## ORDER

Before the Court is Defendants' Motion to Dismiss Plaintiffs' Dissociation Claims (Doc. No. 28). The motion has been fully briefed and is ripe for consideration.

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that Defendants are not entitled to the relief sought. The Motion to Dismiss Plaintiffs' Dissociation Claims (Doc. No. 28) is therefore **DENIED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge